IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KENDRICK COOK BEY,               )
                                 )
    Plaintiff,                   )
                                 )
                                 )     CIVIL ACTION NO.
    v.                           )       2:15cv667-MHT
                                 )           (WO)
COMMISSIONER: JEFFERSON S.       )
DUNN, et al.,                    )
                                 )
    Defendants.                  )
```

JUDGMENT

Upon consideration of plaintiff's "Voluntary Dismissal," which the court construes as a motion to dismiss pursuant to Fed. R. Civ. P. 41(a), it is ORDERED as follows:

(1) The motion to dismiss (doc. no. 15) is granted.

(2) The recommendations of the United States Magistrate Judge (doc. nos. 13 & 14) are withdrawn.

(3) This lawsuit is dismissed in its entirety without prejudice, with costs taxed as paid.

The court assumes that the defendants have no objection to the allowance of the dismissal; however, if they do, they must file the objection within seven days from the date of this order.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 17th day of November, 2015.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE